**Order entered November 20, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00648-CV

## IN THE ESTATE OF JOHN M. HOUSTON, DECEASED

**On Appeal from the Collin County Probate**
**Collin County, Texas**
**Trial Court Cause No. PB-001-56605**

## ORDER

By order dated October 30, 2017, the Court ordered appellant to notify this Court whether she is seeking any additional reporter's records. By letter dated November 9, 2017, appellant informs the Court that she wants the audio recordings of three additional hearings. Accordingly, we **ORDER** court recorder Mike Vaughan to file, by **NOVEMBER 30, 2017**, the electronic recordings of the hearings held on February 2, 2016, March 17, 2016, and October 17, 2017. *See* TEX. R. APP. P. 13.2.

We **DIRECT** the Clerk of this Court to send a copy of this order to Mike Vaughan (mvaughan@collincountytx.gov) and all parties.

/s/ CAROLYN WRIGHT
CHIEF JUSTICE
